# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | ) |
| | ) **Chapter 7** |
| **CHERRY BROS., LLC.,** | ) **Case No. 19-11644-amc** |
| | ) |
| **Debtor.** | ) |
| _____ | ) |
| | ) |
| **Gary F. Seitz, as Chapter 7 Trustee of** | ) |
| **the Estate of Cherry Bros., LLC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) **Adv. Proc. No.: 20-00093-amc** |
| | ) |
| **Quick Delivery Service, Inc.,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7041, Plaintiff voluntarily dismisses the above-captioned adversary.

Dated: July 1, 2020         GELLERT SCALI BUSENKELL & BROWN, LLC

By: /s/ Holly S. Miller
Holly S. Miller, Esquire
8 Penn Center
1628 John F. Kennedy Blvd., Suite 1901
Philadelphia, PA 19103
Telephone: (215) 238-0012
Fax: (215) 238-0016
E-mail: hsmiller@gsbblaw.com

*Counsel for Chapter 7 Trustee*